ORIGINAL FILED

06 OCT 12 AM 10: 21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  PINNOCK & WAKEFIELD, A.P.C.
   David C. Wakefield, Esq.
2  Michelle L. Wakefield, Esq.
   3033 Fifth Avenue, Suite 410
3  San Diego, CA 92103-5973
   Telephone:  (619) 858-3671
4  Facsimile:  (619) 858-3646

5  Attorneys for Plaintiffs

8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA

11 | MANTIC ASHANTI'S CAUSE, SUING         ) Case No: 06CV0105H RBB
   | ON BEHALF OF THEODORE A.              )
12 | PINNOCK AND ITS MEMBERS; and          )
   | THEODORE A. PINNOCK, an individual,   ) STIPULATION TO EXTEND TIME
13 |                                       ) TO RESPOND TO COMPLAINT; AND
   |         Plaintiffs,                   ) [PROPOSED] ORDER
14 |                                       )
   |   vs.                                 ) Date Action Filed: January 19, 2006
15 |                                       )
   | CUMMING FAMILY TRUST dated            )
16 | 06-17-83; SAWDAY & MARTIN             )
   | FAMILY TRUST; and DOES 1 through      )
17 | 10, inclusive,                        )
   |                                       )
18 |         Defendants.                   )

BY FAX

206866_1 (2).doc
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  IT IS HEREBY STIPULATED by and between Plaintiffs Mantic Ashanti's
2  Cause and Theodore Pinnock, and Defendant Cumming Trust dated 06-17-83, through
3  their respective counsel, that the parties have engaged in settlement discussions in an
4  effort to resolve this matter expeditiously and cost-effectively. The Parties have reached
5  agreement on the terms of the settlement, but the monetary terms remain to be resolved.
6  Accordingly, Defendants request an extension of time to respond to Plaintiffs' Complaint
7  so that they may be able to complete the settlement process.
8  Defendants have requested, and Plaintiffs have agreed to extend the time for
9  response by twenty (20) days. Accordingly, the parties agree that the responsible
10 pleadings of Defendants are not due until October 16, 2006.

11 Dated September __, 2006                    Dated: September 19, 2006

12 PINNOCK & WAKEFIELD, A.P.C.               NOSSAMAN, GUTHNER, KNOX
                                              & ELLIOTT, LLP

16 By: _____                By: _____
         David Wakefield                              Carol René Brophy

   Attorneys For Plaintiffs MANTIC            Attorneys for Defendant CUMMING
18 ASHANTI'S CAUSE and THEODORE A.            FAMILY TRUST dated 06-17-83
   PINNOCK

21                              [PROPOSED ORDER]

22   IT IS HEREBY ORDERED, that Cumming Family Trust dated 06-17-83 shall
23 have an extension to, and including, October 16, 2006 to file a responsive pleading to the
24 Summons and Complaint filed by Plaintiffs.

26 Dated: 10-11-06                            _____
                                              Honorable Marilyn L. Huff
27                                            U.S. DISTRICT COURT JUDGE

206866_1 (2).doc                    - 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT